IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 3 1 2023

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-119 RB |
| vs. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine; |
| TY LANE LIVINGSTON, | ) 18 U.S.C. § 2: Aiding and Abetting. |
| Defendant. | ) 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about August 24, 2022, in Chaves County, in the District of New Mexico, the defendant, **TY LANE LIVINGSTON**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

### Count 2

On or about August 24, 2022, in Chaves County, in the District of New Mexico, the defendant, **TY LANE LIVINGSTON**, knowingly possessed a firearm, in and affecting commerce, having previously been convicted of at least one felony crime punishable by imprisonment for a term exceeding one year, one year, specifically: felon in possession of a firearm, possession with intent to distribute a controlled substance, aggravated fleeing a law

enforcement officer, and conspiracy to commit possession with intent to distribute a controlled substance, and knowing that he had been convicted of such crimes.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

ALEXANDER M.M. UBALLEZ  
United States Attorney

*Randy Castellano*  
RANDY M. CASTELLANO  
Assistant U.S. Attorney  
200 N. Church Street  
Las Cruces, NM 88001  
(575) 522-2304 – Tel.  
(575) 522-2391 – Fax