Case 5:23-cr-00119-RB   Document 18   Filed 01/31/23   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 31 2023

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.                                        CR No. 23-119 RB

TY LANE LIVINGSTON,

                Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

I HEREBY:  Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty

_____
Defendant

_____
Attorney for Defendant

Date: 1-19-2023

Before: _____
United States Magistrate Judge