IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 31 2023

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CRIMINAL NO. 23-119 RB
)
vs. )
)
TY LANE LIVINGSTON, )
)
Defendant. )

## WAIVER OF INDICTMENT

**TY LANE LIVINGSTON**, the above named defendant, who is accused of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine, and 18 U.S.C. § 2, Aiding and Abetting; and of 18 U.S.C. §§ 922(g)(1): Felon in Possession of a Firearm, being advised of the nature of the charges and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
TY LANE LIVINGSTON
Defendant

_____
ORLANDO MONDRAGON
Attorney for Defendant

Date: 1-18-23